| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112 (main)<br>Telephone Number 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-34412-KCF<br><br>CHAPTER 13 |
| In Re:<br><br>BRIAN ERIC BLONDEK and<br>MICHELE CHRISTINE BLONDEK,<br><br>Debtors. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-8F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-8F ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 19), and states as follows:

1. Debtors, Brian Eric Blondek and Michele Christine Blondek, ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 4, 2017.

2. Secured Creditor holds a security interest in the Debtors' real property located at 9 BELLE DRIVE, WEST LONG BRANCH, NJ 07764, by virtue of a Mortgage recorded on September 14, 2005 in Book 8494, at Page 6674 of the Public Records of Monmouth County, NJ. Said Mortgage secures a Note in the amount of $413,700.00.

3. The Debtors filed a First Modified Chapter 13 Plan on December 22, 2017.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtors are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $58,961.70,

whereas the Plan do not propose to pay any arrearage. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $58,961.70 as the pre-petition arrearage over the life of the plan.

5. Debtors are obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

6. Based on Debtors' Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone Number 470-321-7112 (main)
Telephone Number: 973-575-0707 (local)

By: /s/Laura Egerman
Laura Egerman, Esquire
NJ Bar Number LE-8250
Email: legerman@rasnj.com

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112 (main)<br>Telephone Number 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-34412-KCF<br><br>CHAPTER 13 |
| In Re:<br><br>**BRIAN ERIC BLONDEK and**<br>**MICHELE CHRISTINE BLONDEK,**<br><br>**Debtors.** | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent Secured Creditor in this matter.

2. On 1/16/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.
1/16/2018

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone Number 973-575-0707 (local)
        By: /s/Laura Egerman
        Laura Egerman, Esquire
        NJ Bar Number  LE-8250

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William H. Oliver, Jr.<br>2240 State Highway 33 Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Brian Eric Blondek<br>9 Belle Drive<br>West Long Branch, NJ 07764 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Michele Christine Blondek<br>9 Belle Drive<br>West Long Branch, NJ 07764 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |