Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34412−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Eric Blondek                                    Michele Christine Blondek
   9 Belle Drive                                                9 Belle Drive
   West Long Branch, NJ 07764            West Long Branch, NJ 07764

Social Security No.:
   xxx−xx−4221                                              xxx−xx−0876

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on April 9, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 34 − 32
Order Granting Application for Extension of Loss Mitigation (Related Doc # 32). Loss Mitigation Period Extended to: 7/4/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2018. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 9, 2018
JAN: slf

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-34412-KCF
Brian Eric Blondek                                              Chapter 13
Michele Christine Blondek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Apr 09, 2018
                              Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
lm          +Mr. Cooper,   8950 Cypress Waters Blvd.,   Dallas, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    E Trade Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;legerman@rasnj.com
            Rebecca Ann Solarz    on behalf of Creditor    E Trade Bank rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com,
             R59915@notify.bestcase.com
            William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com,
             R59915@notify.bestcase.com
                                                                                               TOTAL: 7