**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re  Brian & Michele Blondek      ,          Case No.  17-34412-KCF

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   11   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          09/28/2018          .

 E*Trade Bank        

Name of Alleged Transferor

 Specialized Loan Servicing LLC

Name of Transferee

Address of Alleged Transferor:
 E*Trade Bank
 Specialized Loan Servicing LLC
 8742 Lucent Blvd, Suite 300
 Highlands Ranch, Colorado 80129

Address of Transferee:
 Specialized Loan Servicing LLC
 8742 Lucent Blvd, Suite 300
 Highlands Ranch, Colorado 80129

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/2018          

Jeanne A. Naughton
**CLERK OF THE COURT**