Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−34412−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Eric Blondek                                      Michele Christine Blondek
   9 Belle Drive                                                 9 Belle Drive
   West Long Branch, NJ 07764            West Long Branch, NJ 07764

Social Security No.:
   xxx−xx−4221                                                xxx−xx−0876

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 15, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 15, 2018
JAN: bwj

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-34412-KCF
Brian Eric Blondek                                                                       Chapter 13
Michele Christine Blondek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3              Date Rcvd: Nov 15, 2018
                              Form ID: 148               Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db/jdb         +Brian Eric Blondek,   Michele Christine Blondek,    9 Belle Drive,
                 West Long Branch, NJ 07764-1003
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
cr             +U.S. BANK NATIONAL ASSOCIATION,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL  33487,    UNITED STATES 33487-2853
517235741       AFC Urgent Care,   214 State Route 36,   West Long Branch, NJ 07764
517235742       Alltran Financial, LLP,    PO Box 4045,   Clearlake Park, CA 95424-4045
517235743       Apex Asset Management,    PO Box 5407,   Lancaster, PA 17606-5407
517235744       Barnabas Health Medical Group,    417 Bridge Street,   Danville, VA 24541-1403
517235745       Bioreference Laboratories,    PO Box 21134,   New York, NY 10087-1134
517235746      +Credit One Bank, N.A.,    c/o Faloni & Associates, LLC,    165 Passaic Avenue,   Suite 301B,
                 Fairfield, NJ 07004-3592
517265328       Department Stores National Bank,   c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517235747       Dynamic Recovery Services,    PO Box 25759,   Greenville, SC 29616-0759
517251632      +ETrade Bank,   c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517235748       GB Collects, L.L.C.,    1253 Haddonfield Berlin Road,   Voorhees, NJ 08043-4847
517235750      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517235751       Meridian Medical Group Primary,    PO Box 416923,   Boston, MA 02241-6923
517235752      +Monmouth EMA,   PO Box 417442,   Boston, MA 02241-7442
517235754       Monmouth Medical Imaging, P.A.,    PO Box 9428,   Peoria, IL 61612-9428
517211328      +Mr. Cooper,   8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
517381905       NJSVS, BANKRUPTCY UNIT,    POB 136,   Trenton, NJ 08601-0136
517211329      +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517211330      +New Jersey Motor Vehicle Comission,    PO Box 160,   Trenton, NJ 08666-0160
517235755      +Pressler and Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517211332      +RAS Citron, LLC,   130 Clinton Road #202,   Fairfield, NJ 07004-2927
517211333      +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
517327975       Riverview Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 E, P.O. Box 2594,   Clifton, NJ 07015-2594
517235756      +Riverview Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,    Notchview Office Park,
                 1035 Route 46 East Suite, B208,   Clifton, NJ 07013-2469
517298697     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
517783124      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517783125      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517211336       Specialized Loan Servicing, LLC,    PO Box 636005,   Littleton, CO 80163-6005
517235757      +State of New Jersey,   PO Box 1502,   Moorestown, NJ 08057-9704
517211337      +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
517330320      +US Bank NA, as trustee, successor in interest to,    c/o Nationstar Mortgage dba Mr. Cooper,
                 Attn: Bankruptcy Dept,   PO Box 619096,   Dallas, TX 75261-9096
517211340      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 23:30:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 23:30:14     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517211320      +EDI: BANKAMER.COM Nov 16 2018 03:53:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517211321      +EDI: CAPITALONE.COM Nov 16 2018 03:53:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517256251       EDI: CAPITALONE.COM Nov 16 2018 03:53:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517211322      +E-mail/Text: bankruptcy@cavps.com Nov 15 2018 23:30:37     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517239835      +E-mail/Text: bankruptcy@cavps.com Nov 15 2018 23:30:37     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517211323      +EDI: CHASE.COM Nov 16 2018 03:53:00      Chase Card Services,   Attn: Correspondence,
                 Po Box 15278,   Wilmington, DE 19850-5278
517220877       EDI: DISCOVER.COM Nov 16 2018 03:53:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0312-3           User: admin                  Page 2 of 3                   Date Rcvd: Nov 15, 2018
                               Form ID: 148                 Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517211324      +EDI: DISCOVER.COM Nov 16 2018 03:53:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517211325      +EDI: AMINFOFP.COM Nov 16 2018 03:53:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517211326       EDI: IRS.COM Nov 16 2018 03:53:00      Internal Service Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517235749       E-mail/Text: JPF-EBN@jpfryelaw.com Nov 15 2018 23:29:09      John P. Frye, P.C.,    PO Box 13665,
                 Roanoke, VA 24036-3665
517211327      +EDI: MID8.COM Nov 16 2018 03:53:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
517262712      +EDI: MID8.COM Nov 16 2018 03:53:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517235753       E-mail/Text: ebn@rwjbh.org Nov 15 2018 23:30:45      Monmouth Medical Center,
                 Payment Processing Center,    PO Box 29962,    New York, NY 10087-9962
517211331       EDI: PRA.COM Nov 16 2018 03:53:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517226234       EDI: PRA.COM Nov 16 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517238018       EDI: PRA.COM Nov 16 2018 03:53:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
517248678      +EDI: JEFFERSONCAP.COM Nov 16 2018 03:53:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517322790       EDI: Q3G.COM Nov 16 2018 03:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517211334      +E-mail/Text: bankruptcy@senexco.com Nov 15 2018 23:29:08      Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
517211335      +E-mail/Text: clientservices@simonsagency.com Nov 15 2018 23:31:08      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517213860      +EDI: RMSC.COM Nov 16 2018 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517211338      +EDI: RMSC.COM Nov 16 2018 03:53:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
517211339      +EDI: RMSC.COM Nov 16 2018 03:53:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517262713*     +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517232052*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.A.,    POB 41067,    Norfolk VA 23541)
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    E Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for U.S. Bank National Association, as Trustee, successor in interest to
               Wachovia Bank, National Association, as Trustee for GSR Mortgage Lo cmecf@sternlav.com
```

```
District/off: 0312-3          User: admin               Page 3 of 3              Date Rcvd: Nov 15, 2018
                              Form ID: 148              Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    E Trade Bank rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com, R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                            TOTAL: 10