UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on January 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Brian Eric Blondek
Michele Christine Blondek

Case No.: 17-34412-KCF

Hearing Date: 1/9/2019

Judge: Kathryn C. Ferguson

Chapter: 13

Recommended Local Form:   ❒ Followed   ❒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reconsider Trustee's Order of Dismissal

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____November 28_____, 20 _18_ by _the Debtors_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*